**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T SERVICES, INC. | No. C 06-05456 WHA |
| Plaintiff, | |
| v. | **ORDER RE "MOTION AND DECLARATION TO VACATE JUDGMENT"** |
| BRETT ALFORD; A L SKIP, INC.; DWC RESEARCH, INC.; EZ AUTO SOLUTIONS, INC.; LOBEL FINANCIAL CORPORATION; KATHERINE MARTENS; NAE-MO CORPORATION D/B/A MATHEWS & MICHAELS; KYM McDANIEL; MICHAEL ALAN, INC.; NOWCOM CORPORATION; TRACE AMERICA, INC.; WM. MALOY, INC.; AND JOHN DOE NOS. 13–25 | |
| Defendants. | |

The Court has received a document entitled "Motion and Declaration to Vacate Judgment" filed by defendant Brett Alford, who apparently does business as Silent Protocol Inc. The motion is filed as an attachment herewith. At this point, Mr. Alford/Silent Protocol is proceeding without the assistance of counsel. The motion was signed by John L. Snider, chief executive officer of Silent Protocol. Because no judgment has been entered in this case, this document is construed as a motion set aside the default. Default was entered by the Clerk as to Alford on February 21, 2006. According to the motion, Alford has attempted to communicate with the Court by mail and by email. It appears that none of these "filings" were made in

accordance with Civil Local Rule 5. Nor does it appear that AT&T was served with any of these documents.

By **NOON** on **THURSDAY, MARCH 29, 2007**, counsel for AT&T shall file a response to the instant motion. AT&T should serve the response on Alford/Silent Protocol through Mr. Snider at 5500 Executive Center Drive, Suite 139, Charlotte, NC 28212. The Clerk shall also serve this order on Mr. Snider at the same address.

**IT IS SO ORDERED.**

Dated: March 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE